### 24598. CHILES *v*. CITY OF ATLANTA.

GUERRY, J. The bond accompanying the petition for certiorari in the present case was not signed by the principal, the plaintiff in error, and the court did not err in dismissing the petition. A bond defective upon its face is not made valid by the approval of the proper authority.
*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED APRIL 3, 1935.

*M. G. Hicks, Philip N. Jobson,* for plaintiff in error.
*J. L. Mayson, C. S. Winn, J. C. Savage,* contra.

### 24615. HOUSTON *v*. THE STATE.

BROYLES, C. J. The defendant was convicted of operating an automobile while intoxicated. The evidence authorized the verdict, and the motion for a new trial, based on the general grounds only, was properly overruled. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*
DECIDED APRIL 3, 1935.

*J. A. Drake,* for plaintiff in error.
*M. E. O'Neal, solicitor,* contra.

### 24638. PACE *v*. THE STATE.

BROYLES, C. J. 1. The ground of the amendment to the motion for a new trial is not argued or insisted upon in the brief of counsel for the plaintiff in error, and therefore is treated as abandoned.
2. The verdict was authorized by the evidence; and, the finding of the jury having been approved by the trial judge and no error of law appearing, this court is without authority to interfere with it.
*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*
DECIDED APRIL 3, 1935.

*M. B. Eubanks,* for plaintiff in error.
*James F. Kelly, solicitor-general, J. Ralph Rosser,* contra.